

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Charles Wohlrab, Esq.<br>FRIEDMAN VARTOLO LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>Attorneys for Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com |
| In Re:<br><br>Janice M. Prince,<br><br>Debtor |

Order Filed on September 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-16975-MBK

Chapter: 13

Hearing Date: March 13, 2024

Judge: Michael B. Kaplan

## CONSENT ORDER RESOLVING MOTION TO VACATE STAY AND CO-DEBTOR STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: September 17, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Karina Pia Lucid, Esquire |
| Property (Collateral): | 3003 Doolittle Dr, Bridgewater, NJ 08807 |
| Relief Sought: | |

- Relief from Automatic Stay and Co-Debtor Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is now current, due for the September 1, 2024 post-petition payment.

2. Beginning on **September 1, 2024,** regular monthly mortgage payments shall continue to be made.

3. Payments to the Secured Creditor shall be made to the following address:

    Payments:     Fay Servicing, LLC
    P.O. Box 814609
    Dallas, TX 75381-4609

4. In the event of default:

    ☒ Should the Debtor fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

    ☒ In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

5. Award of Attorney's Fees:

The Applicant is awarded attorney's fees of **$500.00** and costs of **$199.00**

    The fees and costs are payable:

☐ Attorney's fees and costs have been included in the Consent Order.

☒ Through the Chapter 13 plan.  The fees/costs shall be set up as a separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

☐ To the Secured Creditor within _____ days

☐ Attorney's fees are not awarded.

☐ Movant reserves its right to file a Post-Petition Fee Notice for fees and costs incurred in connection with the Motion for Relief.

The undersigned hereby consent to the form and entry of the foregoing order.

/s/ Karina Pia Lucid  
Karina Pia Lucid, Esq.  
*Attorney for Debtor*  
Date:   September 13, 2024

/s/ Charles Wohlrab, Esq.  
Charles Wohlrab, Esq.  
*Attorney for Secured Creditor*  
Date: September 17, 2024

3