Office Mailing Address:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-16975 / MEH**

Janice M. Prince

Petition Filed Date: 08/14/2023
341 Hearing Date: 09/14/2023
Confirmation Date: 01/24/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2025 | $3,526.00 | 10147634 | 01/28/2025 | $3,526.00 | 10180266 | 03/03/2025 | $3,526.00 | I1M4G91RX7-F |
| 04/01/2025 | $3,526.00 | I1VHGLGT02-F | 05/02/2025 | $3,526.00 | I13ZG4TY2Z-P | 06/03/2025 | $3,526.00 | I1XJL16GB0-P |
| 07/02/2025 | $3,526.00 | I19ZL78Q0X-P | 08/05/2025 | $3,526.00 | I1D4FX1N53-P | 09/03/2025 | $3,526.00 | I1P4FGDX5W- |
| 10/02/2025 | $3,526.00 | I1NHFHN64C-I | 11/04/2025 | $3,526.00 | I12HSDK831-P | 12/03/2025 | $3,526.00 | I11HSF1RVN-F |
| 01/06/2026 | $3,526.00 | I853CYVV0C-F | 02/03/2026 | $3,526.00 | I8MVB56440-P | | | |

**Total Receipts for the Period: $49,364.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $86,319.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Janice M. Prince | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Karina Pia Lucid, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | US BANK TRUST, N.A.<br>»» P/3003 DOOLITTLE DR/1ST MTG/ORDER 2/26/ | Mortgage Arrears | $144,946.91 | $63,986.83 | $80,960.08 |
| 2 | VANDERHAVEN FARM I CONDOMINIUM ASSOC.<br>»» 3003 DOOLITTLE DR/ASSOC LIEN/ORDER 2/15/24 | Secured Creditors | $8,534.76 | $3,767.69 | $4,767.07 |
| 3 | VANDERHAVEN FARM I CONDOMINIUM ASSOC.<br>»» 3003 DOOLITTLE DR/ASSOC FEES/ORDER 2/15/24 | Unsecured Creditors | $8,290.60 | $0.00 | $8,290.60 |
| 4 | US BANK TRUST, N.A.<br>»» 3003 DOOLITTLE DR/ATTY FEES 9/17/24 | Mortgage Arrears | $699.00 | $699.00 | $0.00 |
| 0 | Karina Pia Lucid, Esq.<br>»» ORDER 2/4/26 | Attorney Fees | $5,165.50 | $0.00 | $5,165.50 |

**Chapter 13 Case No. 23-16975 / MEH**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $86,319.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $73,203.52 | Current Monthly Payment: | $3,526.00 |
| Paid to Trustee: | $6,585.32 | Arrearages: | $0.00 |
| Funds on Hand: | $6,530.16 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

