UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Anthony Chen, Esq.**
**Attorney Id. 320632020**
**Griffin Alexander, P.C.**
**415 Route 10, 2nd Floor**
**Randolph, NJ 07869**
**(973) 366-1188 Fax: 973-466-8690**
**Attorney for Creditor, Vanderhaven Farm I**
**Condominium, Inc.**

In Re:

JANICE M. PRINCE

Case No.:        13

Chapter:        23-16975

Judge:        Eamonn James O'Hagan

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Anthony Chen, Esq. will be

substituted as attorney of record for Vanderhaven Farm I Condominium, Inc., Creditor in this case. [1]

Date: 5/13/26

Signature of Former Attorney

Date: 5/13/26

Signature of Substituted Attorney [2]
Anthony Chen, Esq

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.

*rev.8/1/16*