B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Janice M. Prince                    ,                    Case No.  26-13788-EJO

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Vanderhaven Farm I Condominium Association, Inc.
_____
Name of Transferee

Vanderhaven Farm I Condominium Association, Inc.
_____
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Griffin Alexander, P.C.
415 Rt 10, 2nd Floor Randolph, NJ 07869

Phone:  973-366-1188
Last Four Digits of Acct #: _____

Court Claim # (if known): _____2_____
Amount of Claim:  $16,825.36
Date Claim Filed:  12/11/2023

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Anthony Chen                          Date: 05/14/2026
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.