| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Matthew Fissel, Esq.<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Number: (215) 627-1322<br>mfissel@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust | **Order Filed on May 12, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No: <u>23-16975 EJO</u><br><br>Judge: Eamonn J. O'Hagan<br><br>Chapter: <u>13</u> |
| In re:<br>Janice M. Prince<br>         Debtor<br>Patricia O'Brien<br>         Co-Debtor | |

| Recommend Local Form | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 12, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the motion of <u>U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust</u>, under Bankruptcy Code section 362(a) and 1301(c) for relief from the automatic stay and relief from the Co-Debtor stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the motion is granted and the stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 3003 Doolittle Dr, Bridgewater, NJ 08807**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

☐    Personal Property More Fully Described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Co-Debtor stay is vacated.

It is further ORDERED that the Trustee is directed to cease in making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/2023*

United States Bankruptcy Court

District of New Jersey

In re:

Janice M. Prince

    Debtor

Case No. 23-16975-EJO

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janice M. Prince, 3003 Doolittle Drive, Bridgewater, NJ 08807-3518 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2026            Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Jamar Benjamin | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust jbenjamin@pincuslaw.com, brausch@pincuslaw.com |
| Jerome Blank | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust jblank@pincuslaw.com, amautz@pincuslaw.com |
| Karina Pia Lucid | on behalf of Debtor Janice M. Prince 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |

District/off: 0312-3            User: admin            Page 2 of 2

Date Rcvd: May 12, 2026            Form ID: pdf903            Total Noticed: 1

Matthew K. Fissel

    on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Monika Mazurczyk

    on behalf of Debtor Janice M. Prince monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8