UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KARINA PIA LUCID, ESQ., LLC
1065 Route 22 W Suite 2B
Bridgewater, New Jersey 08807
Tel: (908) 350-7505
Email: diana@karinalucidlaw.com
Diana M. Woody, Esq., Counsel for the Debtor

| | |
|---|---|
| In Re:<br><br>    Janice M. Prince,<br><br>        Debtor. | Case No.:    23-16975<br><br>Chapter:      13<br><br>Judge:    Eamonn J. O'Hagan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  Debtor, Janice M. Prince .  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  KARINA PIA LUCID, ESQ., LLC
1065 Route 22 W Suite 2B
Bridgewater, New Jersey 08807

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: June 5, 2026

/s/ Diana M. Woody, Esq.
Signature

*new.8/1/15*