Order Filed on September 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jason Brett Schwartz, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

In Re:

Janice M. Prince,

Debtor

Case No.: 23-16975-EJO

Chapter: 13

Hearing Date: September 2, 2026

Judge: Eamonn James O'Hagan

**CONSENT ORDER RESOLVING MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: September 14, 2026**

Eamonn O'Hagan
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

| | |
|---|---|
| Secured Creditor: | Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust |
| Secured Creditor's Counsel: | Friedman Vartolo LLP |
| Applicant's Counsel: | Karina Pia Lucid, Esquire |
| Property (Collateral): | 3003 Doolittle Dr, Bridgewater, NJ 08807 |
| Relief Sought: | |

- Motion to Vacate Order Granting Relief from the Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. The Court order vacating the automatic stay entered on May 12, 2026 is vacated subject to the terms of this Order.

2. The parties agree that to the entry of an order, submitted by the Chapter 13 Trustee, establishing procedures for conduit mortgage payments to cure post-petition arrears and distribute ongoing regular mortgage payments ("Conduit Order").

3. The Conduit Order terms shall not supersede the default provisions in this order as set forth below.

4. In the event of default:

☒ Should the Debtor fail to make any payment under the Conduit Order and any payment is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

☒ In the event the Debtor converts to a Chapter 7 case during the pendency of this bankruptcy case, the Debtor shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

The undersigned hereby consent to the form and entry of the foregoing order.

Karina Pia Lucid, Esq.
*Attorney for Debtor*
Date:

/s/Jason Brett Schwartz, Esq.
Jason Brett Schwartz, Esq.
*Attorney for Secured Creditor*
Date: