**Order Filed on September 14, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jason Brett Schwartz, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

In Re:

Janice M. Prince,

Debtor

Case No.: 23-16975-EJO

Chapter: 13

Hearing Date: September 2, 2026

Judge: Eamonn James O'Hagan

**CONSENT ORDER RESOLVING MOTION TO VACATE ORDER GRANTING RELIEF FROM STAY**

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED.**

**DATED: September 14, 2026**

Eamonn O'Hagan

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

| | |
|---|---|
| Secured Creditor: | Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust |
| Secured Creditor's Counsel: | Friedman Vartolo LLP |
| Applicant's Counsel: | Karina Pia Lucid, Esquire |
| Property (Collateral): | 3003 Doolittle Dr, Bridgewater, NJ 08807 |
| Relief Sought: | |

- Motion to Vacate Order Granting Relief from the Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. The Court order vacating the automatic stay entered on May 12, 2026 is vacated subject to the terms of this Order.

2. The parties agree that to the entry of an order, submitted by the Chapter 13 Trustee, establishing procedures for conduit mortgage payments to cure post-petition arrears and distribute ongoing regular mortgage payments ("Conduit Order").

3. The Conduit Order terms shall not supersede the default provisions in this order as set forth below.

4. In the event of default:

☒ Should the Debtor fail to make any payment under the Conduit Order and any payment is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

☒ In the event the Debtor converts to a Chapter 7 case during the pendency of this bankruptcy case, the Debtor shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

☒ This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay and Co-Debtor Stay.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| Karina Pia Lucid, Esq. | /s/Jason Brett Schwartz, Esq. |
| | Jason Brett Schwartz, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |
| Date: | Date: |

United States Bankruptcy Court
District of New Jersey

In re: Case No. 23-16975-EJO
Janice M. Prince Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 14, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janice M. Prince, 3003 Doolittle Drive, Bridgewater, NJ 08807-3518 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Anthony Chen | on behalf of Creditor Vanderhaven Farm I Condominium Association Inc. achen@lawgapc.com |
| Charles G. Wohlrab | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Diana M Woody | on behalf of Debtor Janice M. Prince diana@karinalucidlaw.com courtnotices@karinalucidlaw.com |
| Jamar Benjamin | |

| | |
|---|---|
| | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust jbenjamin@pincuslaw.com, brausch@pincuslaw.com |
| Jason Brett Schwartz | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jerome Blank | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust jblank@pincuslaw.com, amautz@pincuslaw.com |
| Karina Pia Lucid | on behalf of Debtor Janice M. Prince 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Matthew K. Fissel | on behalf of Creditor Fay Servicing LLC as servicer for U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Monika Mazurczyk | on behalf of Debtor Janice M. Prince mmazurczyk@straffilaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12